

LAMARCHE SAFRANKO LAW
P L L C

*Via Email*

April 14, 2026

Hon. Daniel Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 407
Albany, NY 12207

*Re:    USA v. Mark Nacht*
        *Our File No.: 9499-0426*

Dear Judge Stewart:

As you know this office represents Mark Nacht regarding the above-referenced matter.  Mr. Nacht is currently scheduled for a detention hearing this afternoon at 2:00 p.m. As we were just retained, I require some additional time to provide the Court with information that will be relevant at the hearing. Accordingly, I request an adjournment of today's appearance to Tuesday, April 21, 2026 at 2:00 p.m. or any other time next week convenient to the Court and the United States Attorney's Office. AUSA Alexander Wentworth-Ping consents to this request.

Please advise as to Your Honor's position. Thank you for your attention and consideration of this matter.

Very truly yours,

LAMARCHE SAFRANKO LAW PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl

Cc:    AUSA Alexander Wentworth-Ping (via ecf)