UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

v.                                                          **PROPOSED ORDER**


MARK NACHT,                                          Case No. 1:26-MJ-76 (DJS)


_____Defendant._____


## ORDER

Before the Court is defendant Mark Nacht's application to seal a portion of his forensic

mental health assessment enclosed with his contemporaneously filed request for a detention

hearing pursuant to Local Rule of Criminal Procedure 49.2.

Exhibit A is referenced in defendant's contemporaneously filed request for a detention

hearing and contains highly personal medical information of Mr. Nacht.

The Court is mindful of the mandate in *Lugosch v. Pyramid Co. of Onondaga County*, 435

F.3d 110, 119-27 (2d Cir. 2006), which outlines the sealing standard. After documents have been

declared to be judicial documents, a presumption of access attaches. *See id.*; *see also Caswell v.

Miller*, No. 9:17-CV-1384, 2018 WL 2170294, at *2 (N.D.N.Y. May 10, 2018). A court must then

assess the weight of that presumption by evaluating "the role of the material at issue in the exercise

of Article III judicial power and resultant value of such information to those monitoring the federal

courts." *Lugosch*, 435 F.3d at 119 (internal citation omitted). Finally, a court will consider

countervailing factors such as "the privacy interests of those resisting disclosure." *Id.* at 120.

Ultimately, "documents may be sealed if specific, on the record findings are made demonstrating

that closure is essential to preserve higher values and is narrowly tailored to serve that interest."

*In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987).

The Court has reviewed an unredacted copy of defendant's forensic mental health assessment *in camera*. Defendant's forensic mental health assessment is a judicial document as it is attached to and, thus, incorporated into defendant's letter filed in support of his release at a forthcoming detention hearing. Notably, defendant only seeks to seal a portion of his forensic mental health assessment. Higher values are paramount as portions of Exhibit A contain Mr. Nacht's private health information. Sealing portions of Exhibit A rather than the entirety of Mr. Nacht's forensic mental health assessment is narrowly tailored to serve these higher values and interests.

For these reasons, defendant's application to seal the designated portion of his forensic mental health assessment to his contemporaneously filed letter is GRANTED. It is ORDERED that the Clerk seal the defendant's supporting exhibits until further Order of this Court.

SO ORDERED, this 22 day of June, 2026.

HONORABLE DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE