

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*                    *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*             *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

June 29, 2026

**<u>Via ECF</u>**
Honorable Daniel J. Stewart
U.S. Magistrate Judge
Northern District of New York
Albany, NY 12207

Re:    *United States v. Mark Nacht,*
           Case No. 1:26-mj-076 (DJS)

Your Honor:

At the conclusion of Thursday's detention hearing ("hearing"), *see* 6/25/26 Text Minute Entry, this Court reserved its decision and invited the parties to provide any additional information in support of their arguments.  The government respectfully requests that in addition to the arguments made at the hearing, the Court consider the following additional information in support of the government's detention motion.

During the hearing and in the Pretrial Services Report (*see* Dkt. 8), defendant indicated that if released, he would live at his Waltham, Massachusetts residence ("residence") with his brother, "who plans to move in with [defendant] as soon as possible." *See id*. at 2.  As detailed during the hearing, the government has serious concerns about defendant living with his brother.  *See* Govt. Exh. D at 003-004; Govt. Exh. E at 30, 36-37.[1]  Regarding defendant's residence, a Google search shows that it is located only *one block* from Henry Whittemore Elementary School and only *two blocks* from McDonald Playground, which includes, *inter alia*, an "Aquatic Spray Facility" for children (see below photo):

---

[1] Government Exhibits A through E were admitted at the hearing and are under seal.

Letter to the Honorable Daniel J. Stewart
*United States v. Mark Nacht*
Case No. 1:26-mj-076 (DJS)
June 29, 2026
Page 2



According to realtor.com, defendant's residence rates "10/10" for proximity to parks and "9/10" for proximity to daycares.  It also notes that within approximately 1.2 miles of defendant's residence are multiple public and private elementary and middle schools, including: John W. McDevitt Middle School (grades 6-8: 604 students); Fessenden School (grades PK-9: 517 students); St. Jude School (grades PK-8: 115 students); and Jewish Community Day School (grades K-8: 192 students).

Notably, while defendant stated that he retired from practicing psychology (*see* Dkt. 8 at 3), he is still a licensed educational psychologist in Massachusetts.  *See* Massachusetts Office of Health and Human Services License Verification Site, *at* https://checkahealthlicense.mass.gov/profiles/98675 (last visited June 29, 2026).  Licensed psychologists in Massachusetts are required to abide by the American Psychological Association's *Ethical Principles of Psychologists and Code of Conduct*.  *See* 251 C.M.R. 1.10 (Ethical Standards and Professional Conduct).  At all times during the alleged offense, defendant was well aware of his ethical obligations.  *See* Govt. Exh. D at 005 ("Retired by [sic] my ethical conduct is a part of who I am after 30+ years in my career"); *see also* Ethical Principles of Psychologists and Code of Conduct, 3.04 (Avoiding Harm), *at* https://www.apa.org/ethics/code?item=6.

For these reasons, and the arguments made at the hearing, defendant has failed to overcome the statutory presumption of detention that applies to the charged offense.  *See* 18 U.S.C. § 3142(e)(3)(E).  Therefore, defendant should be detained pending trial because there is no combination of conditions that will reasonably assure the safety of the community and ensure defendant returns for future court appearances.

Letter to the Honorable Daniel J. Stewart
*United States v. Mark Nacht*
Case No. 1:26-mj-076 (DJS)
June 29, 2026
Page 3


Respectfully,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney


By:   /s/ *Allen J. Vickey*
Allen J. Vickey
Assistant United States Attorney
Bar Roll No. 513696


Cc:

Julie Nociolo, Esq. (attorney for defendant), *via ECF*
Senior United States Probation Officer Amy Brancatelli, *via email*