

**HACKER MURPHY**
—— LLP ——

*Via CM/ECF*

July 10, 2026

Honorable Daniel J. Stewart
United States Magistrate Judge
Northern District of New York
445 Broadway
Albany, New York 12207

      RE:    United States v. Mark Nacht, 26-mj-76 (DJS)

Dear Judge Stewart:

I represent defendant Mark Nacht in the above referenced case.  I have discussed Mr. Nacht's right to a preliminary hearing with him, and he elects to waive a preliminary hearing.

Respectfully Yours,

Julie A. Nocciolo
*Attorneys for defendant Mark Nacht*

Cc:    Allen J. Vickey, Assistant United States Attorney, *via CM/ECF*

22 Corporate Woods Boulevard  |  4th Floor  |  Suite 404  |  Albany, NY 12211  |  518-274-5820  |  hackermurphy.com
Additional offices in Troy, Saratoga and Schenectady by appointment only