UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARK NACHT,

                    Defendant.

**NOTICE OF APPEAL OF
MAGISTRATE JUDGE
PRETRIAL DETENTION
ORDER**

Case No. 26-mj-76
(DJS)

**PLEASE TAKE NOTICE** that defendant MARK NACHT through counsel HACKER

MURPHY, LLP appeals to the United States District Court for the Northern District of New York

from an Order of Detention (Dkt. No. 33) of the United States Magistrate Judge of the Northern

District of New York entered in this action on July 17, 2026.

DATED:        July 23, 2026

HACKER MURPHY LLP

_____
JULIE A. NOCIOLO, ESQ.
Bar Roll No. 519914
*Attorneys for defendant Mark Nacht*